UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:21-cv-60083-RAR

WARREN DARLOW,

    Plaintiff,

v.

CITY OF CORAL SPRINGS, and
FRANK BABINEC,

    Defendants.
_____/

## STATUS REPORT

Defendants, CITY OF CORAL SPRINGS and FRANK BABINEC, individually, ("Defendants"), by and through their undersigned attorneys, and pursuant to the Court's January 12, 2022, Order Administratively Closing Case [DE 45], file this status report, and state:

1.    On January 25, 2022, Babinec's appeal was reinstated by the Eleventh Circuit Court of Appeals.

2.    On February 8, 2022, Plaintiff appealed the Court's dismissal of the City of Coral Springs.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of February, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY:  /s/*E. Bruce Johnson*
E. BRUCE JOHNSON
FLA. BAR NO. 262137

/s/*Christopher J. Stearns*
CHRISTOPHER J. STEARNS
FLA. BAR NO. 557870

JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendants**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Johnson@jambg.com
stearns@jambg.com
Young@jambg.com
lit-assistant@jambg.com

## SERVICE LIST

**RAINIER REGUEIRO, ESQ.**
REMER & GEORGES-PIERRE, PLLC
**Attorney for Plaintiff**
44 W Flagler St Ste 2200
Miami, FL 33130-6807
rregueiro@rgpattorneys.com
(305) 416-5000 (Phone)

**E. BRUCE JOHNSON, ESQ.**
**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendants**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
stearns@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)